**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN**

IN RE:
COLLINS, CYNTHIA J.                     CHAPTER 7 -- Liquidation

TREASURES GALORE                        CASE NO. 08-70086 MB

            Debtor(s)                 HONORABLE MANUEL BARBOSA

**TRUSTEE'S FINAL REPORT**

To:    THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE
      FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS,
      WESTERN DIVISION

      NOW COMES BERNARD J. NATALE, Trustee herein, and respectfully submits to the Court and to the

United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1.      The Petition commencing this case was filed on 01/15/08.  The Trustee was appointed on 01/15/08.  The

Trustee's case bond is in the amount of $0.00.

2.      The Trustee certifies that he/she has concluded the administration of this estate and has performed the duties

enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have either been converted to

cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property

belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim

objections have been resolved to the best of the Trustee's knowledge.  The Trustee has not found it advisable to

oppose the Debtor(s) discharge.  The Trustee certifies that this estate is ready to be closed.  The tasks performed by

the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B.  The scheduled value of property abandoned is

0.00.  The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is

described in Exhibit B.

4.      A summary of the Trustee's Final Report as of 08/20/08 is as follows:

|  |  |  |
|---|---|---|
| a.  RECEIPTS (See Exhibit C) | $ | 4,001.56 |
| b.  DISBURSEMENTS (See Exhibit C) | $ | 0.00 |
| c.  NET CASH available for distribution | $ | 4,001.56 |

    d.  TRUSTEE/PROFESSIONAL COSTS

        1.  Trustee compensation requested (See Exhibit E)    $        750.00

        2.  Trustee Expenses (See Exhibit E)    $        0.00

        3.  Compensation requested by attorney or other

        professionals for trustee (See Exhibit F)    $        1,715.93

    e.  Illinois Income Tax for Estate (See Exhibit G)    $

5.    The Bar Date for filing unsecured claims expired on 08/11/08.  The DIP report was filed on N/A.  The Bar Date for filing DIP claims expired on N/A.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a.  Allowed unpaid secured claims    $        0.00

    b.  Chapter 7 Administrative and 28 U.S.C. §1930 claims    $        2,465.93

    c.  Allowed Chapter 11 Administrative Claims    $        0.00

    d.  Allowed priority claims    $        0.00

    e.  Allowed unsecured claims    $        50,342.93

    f.  Surplus return to debtor    $        0.00

7.    Trustee proposes that unsecured creditors receive a distribution of 3.05% of allowed claims.

8.    Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00.  Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $1,715.93***.  The total of Chapter 7 professional fees and expenses requested for final allowance is $1,715.93***.

9.    A fee of $1,200.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

10.    A fee of $0.00 was paid to a bankruptcy petition preparer for services rendered in connection with this case, and no basis appears to request an examination of these fees pursuant to 11 U.S.C. §110(h)(3).

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).  The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:    August 21, 2008                    RESPECTFULLY SUBMITTED,


By: **/S/ BERNARD J NATALE**
    BERNARD J. NATALE, Trustee
    BERNARD J NATALE, LTD
    6833 STALTER DRIVE
    SUITE 201
    ROCKFORD, IL  61108
    Telephone # (815) 964-4700


\*\*\* TRUSTEE HAS VOLUNTARILY TAKEN A REDUCTION IN HIS COMPENSATION TO INCREASE THE PAY-OUT TO UNSECURED CREDITORS.


\*\*\* THE ATTORNEY HAS VOLUNTARILY TAKEN A REDUCTION IN HIS FEES TO INCREASE THE PAY-OUT TO UNSECURED CREDITORS.

**TASKS PERFORMED BY TRUSTEE -CYNTHIA J COLLINS dba/TREASURES GALORE**

The trustee conducted a first meeting of creditors.  An initial report of trustee in an asset case was requested.  Estate records were maintained.  Throughout case administration annual reports have been prepared for the U S Trustee.

Claims were examined.

A final report was prepared.  Upon approval of the report, distribution will be made to creditors.  Thereafter, a final account will be prepared to close the case file.

**EXHIBIT A**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-70086 MB | **Trustee:** (330370)   BERNARD J. NATALE |
| **Case Name:** COLLINS, CYNTHIA J. | **Filed (f) or Converted (c):** 01/15/08 (f) |
| | **§341(a) Meeting Date:** 02/28/08 |
| **Period Ending:** 08/20/08 | **Claims Bar Date:** 08/11/08 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Condominium Property 2822 Sandy Hollow Road, Roc | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Treasures Galore Petty Cash<br>NOT PROPERTY OF THE ESTATE | 900.00 | 0.00 | DA | 0.00 | FA |
| 3 | Debtor's Cash On Hand | 20.00 | 20.00 | DA | 0.00 | FA |
| 4 | National City Personal Checking | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Treasurers Galore Checking At National City<br>NOT PROPERTY OF THE ESTATE | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Riverside Bank Personal Checking | 45.00 | 45.00 | DA | 0.00 | FA |
| 7 | Treasures Galore Checking At Riverside Bank<br>NOT PROPERTY OF THE ESTATE | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | National City Personal Savings | 50.00 | 50.00 | DA | 0.00 | FA |
| 9 | Treasures Galore Security Deposit<br>NOT PROPERTY OF THE ESTATE | 3,696.00 | 0.00 | DA | 0.00 | FA |
| 10 | TV; 2 DVD Players; Living Room Furniture; Bedroo | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Standard Wearing Apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 12 | Diamond Earrings | 250.00 | 0.00 | DA | 0.00 | FA |
| 13 | Schwinn Mountain Bike | 100.00 | 0.00 | DA | 0.00 | FA |
| 14 | K-Mart Corporation Pension Interest | 1.00 | 0.00 | DA | 0.00 | FA |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-70086 MB

**Case Name:** COLLINS, CYNTHIA J.

**Period Ending:** 08/20/08

**Trustee:** (330370)    BERNARD J. NATALE

**Filed (f) or Converted (c):** 01/15/08 (f)

**§341(a) Meeting Date:** 02/28/08

**Claims Bar Date:** 08/11/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Treasures Galore Customer List<br>    NOT PROPERTY OF THE ESTATE | 1.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2005 Honda Element | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Assorted Office Furniture & Personal Computer At<br>    NOT PROPERTY OF THE ESTATE | 400.00 | 0.00 | DA | 0.00 | FA |
| 18 | 28 Straight Racks<br>    NOT PROPERTY OF THE ESTATE | 280.00 | 0.00 | DA | 0.00 | FA |
| 19 | 4 Glass Cubes<br>    NOT PROPERTY OF THE ESTATE | 40.00 | 0.00 | DA | 0.00 | FA |
| 20 | 3 Slat displays<br>    NOT PROPERTY OF THE ESTATE | 30.00 | 0.00 | DA | 0.00 | FA |
| 21 | 6 Chrome Displays<br>    NOT PROPERTY OF THE ESTATE | 120.00 | 0.00 | DA | 0.00 | FA |
| 22 | 2 Dump Baskets<br>    NOT PROPERTY OF THE ESTATE | 20.00 | 0.00 | DA | 0.00 | FA |
| 23 | 1 Roll Basket<br>    NOT PROPERTY OF THE ESTATE | 10.00 | 0.00 | DA | 0.00 | FA |
| 24 | 2 Roll Carts<br>    NOT PROPERTY OF THE ESTATE | 30.00 | 0.00 | DA | 0.00 | FA |
| 25 | 3 Roll Racks N Joint, or without Deducting any E | 30.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-70086 MB | **Trustee:** (330370) BERNARD J. NATALE |
| **Case Name:** COLLINS, CYNTHIA J. | **Filed (f) or Converted (c):** 01/15/08 (f) |
| | **§341(a) Meeting Date:** 02/28/08 |
| **Period Ending:** 08/20/08 | **Claims Bar Date:** 08/11/08 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | NOT PROPERTY OF THE ESTATE | | | | | |
| 26 | 3 Ticket Guns NOT PROPERTY OF THE ESTATE | 30.00 | 0.00 | DA | 0.00 | FA |
| 27 | 20 Boxes Of Hangers NOT PROPERTY OF THE ESTATE | 100.00 | 0.00 | DA | 0.00 | FA |
| 28 | 1 Chair NOT PROPERTY OF THE ESTATE | 10.00 | 0.00 | DA | 0.00 | FA |
| 29 | 1 Rack Hanger NOT PROPERTY OF THE ESTATE | 20.00 | 0.00 | DA | 0.00 | FA |
| 30 | 2 Chrome/Glass NOT PROPERTY OF THE ESTATE | 40.00 | 0.00 | DA | 0.00 | FA |
| 31 | Miscellaneous Display NOT PROPERTY OF THE ESTATE | 15.00 | 0.00 | DA | 0.00 | FA |
| 32 | 4 Boxes of Hangers NOT PROPERTY OF THE ESTATE | 20.00 | 0.00 | DA | 0.00 | FA |
| 33 | 2 Display Racks NOT PROPERTY OF THE ESTATE | 30.00 | 0.00 | DA | 0.00 | FA |
| 34 | 1 Counter NOT PROPERTY OF THE ESTATE | 40.00 | 0.00 | DA | 0.00 | FA |
| 35 | 1 Black Display | 15.00 | 0.00 | DA | 0.00 | FA |

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** | 08-70086 MB | |
| **Case Name:** | COLLINS, CYNTHIA J. | |

| | |
|---|---|
| **Trustee:**  (330370)  BERNARD J. NATALE | |
| **Filed (f) or Converted (c):** 01/15/08 (f) | |
| **§341(a) Meeting Date:**  02/28/08 | |
| **Claims Bar Date:**  08/11/08 | |

**Period Ending:**  08/20/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | NOT PROPERTY OF THE ESTATE | | | | | |
| 36 | 1 Sunglass Display<br>NOT PROPERTY OF THE ESTATE | 50.00 | 0.00 | DA | 0.00 | FA |
| 37 | 1 Zebra Printer<br>NOT PROPERTY OF THE ESTATE | 40.00 | 0.00 | DA | 0.00 | FA |
| 38 | M & M Candy Machine<br>NOT PROPERTY OF THE ESTATE | 25.00 | 0.00 | DA | 0.00 | FA |
| 39 | York Candy Machine<br>NOT PROPERTY OF THE ESTATE | 20.00 | 0.00 | DA | 0.00 | FA |
| 40 | 18 Peg Boards<br>NOT PROPERTY OF THE ESTATE | 18.00 | 0.00 | DA | 0.00 | FA |
| 41 | 1 Black Shelf<br>NOT PROPERTY OF THE ESTATE | 20.00 | 0.00 | DA | 0.00 | FA |
| 42 | 6 Chrome Shelves<br>NOT PROPERTY OF THE ESTATE | 160.00 | 0.00 | DA | 0.00 | FA |
| 43 | 6 Black Shelves<br>NOT PROPERTY OF THE ESTATE | 120.00 | 0.00 | DA | 0.00 | FA |
| 44 | 8 Chrome Shelves<br>NOT PROPERTY OF THE ESTATE | 160.00 | 0.00 | DA | 0.00 | FA |
| 45 | 5 Gray Shelves | 100.00 | 0.00 | DA | 0.00 | FA |

# Form 1

Page: 5

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-70086 MB | **Trustee:** (330370)   BERNARD J. NATALE |
| **Case Name:** COLLINS, CYNTHIA J. | **Filed (f) or Converted (c):** 01/15/08 (f) |
| | **§341(a) Meeting Date:** 02/28/08 |
| **Period Ending:** 08/20/08 | **Claims Bar Date:** 08/11/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | NOT PROPERTY OF THE ESTATE | | | | | |
| 46 | 2 Slat Racks<br>NOT PROPERTY OF THE ESTATE | 20.00 | 0.00 | DA | 0.00 | FA |
| 47 | 3 Gray Displays<br>NOT PROPERTY OF THE ESTATE | 15.00 | 0.00 | DA | 0.00 | FA |
| 48 | 1 Lock Case<br>NOT PROPERTY OF THE ESTATE | 10.00 | 0.00 | DA | 0.00 | FA |
| 49 | 1 Roll Dump Cart Sub-Total > 1,083.00 (Total of<br>NOT PROPERTY OF THE ESTATE | 5.00 | 0.00 | DA | 0.00 | FA |
| 50 | Slat Display<br>NOT PROPERTY OF THE ESTATE | 10.00 | 0.00 | DA | 0.00 | FA |
| 51 | 1 Refrigerator<br>NOT PROPERTY OF THE ESTATE | 50.00 | 0.00 | DA | 0.00 | FA |
| 52 | 1 Ladder<br>NOT PROPERTY OF THE ESTATE | 15.00 | 0.00 | DA | 0.00 | FA |
| 53 | 1 Step Ladder<br>NOT PROPERTY OF THE ESTATE | 5.00 | 0.00 | DA | 0.00 | FA |
| 54 | 30 Grids<br>NOT PROPERTY OF THE ESTATE | 60.00 | 0.00 | DA | 0.00 | FA |
| 55 | 1 Stereo & Speakers | 20.00 | 0.00 | DA | 0.00 | FA |

# Form 1

Page: 6

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-70086 MB | **Trustee:** (330370)   BERNARD J. NATALE |
| **Case Name:** COLLINS, CYNTHIA J. | **Filed (f) or Converted (c):** 01/15/08 (f) |
| | **§341(a) Meeting Date:** 02/28/08 |
| **Period Ending:** 08/20/08 | **Claims Bar Date:** 08/11/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | NOT PROPERTY OF THE ESTATE | | | | | |
| 56 | 1 Microwave<br>NOT PROPERTY OF THE ESTATE | 10.00 | 0.00 | DA | 0.00 | FA |
| 57 | 1 Orek Vacuum<br>NOT PROPERTY OF THE ESTATE | 20.00 | 0.00 | DA | 0.00 | FA |
| 58 | 12 Shoe Baskets<br>NOT PROPERTY OF THE ESTATE | 60.00 | 0.00 | DA | 0.00 | FA |
| 59 | 3 Ikea Roll Racks<br>NOT PROPERTY OF THE ESTATE | 45.00 | 0.00 | DA | 0.00 | FA |
| 60 | 60 Grids<br>NOT PROPERTY OF THE ESTATE | 120.00 | 0.00 | DA | 0.00 | FA |
| 61 | 2 Bag Displays<br>NOT PROPERTY OF THE ESTATE | 20.00 | 0.00 | DA | 0.00 | FA |
| 62 | 2 Cash Registers<br>NOT PROPERTY OF THE ESTATE | 40.00 | 0.00 | DA | 0.00 | FA |
| 63 | 1 HP Computer<br>NOT PROPERTY OF THE ESTATE | 50.00 | 0.00 | DA | 0.00 | FA |
| 64 | 36 Plastic Bins<br>NOT PROPERTY OF THE ESTATE | 72.00 | 0.00 | DA | 0.00 | FA |
| 65 | 2 Boxes of Peg Hooks | 40.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-70086 MB | **Trustee:** (330370) BERNARD J. NATALE |
| **Case Name:** COLLINS, CYNTHIA J. | **Filed (f) or Converted (c):** 01/15/08 (f) |
| | **§341(a) Meeting Date:** 02/28/08 |
| **Period Ending:** 08/20/08 | **Claims Bar Date:** 08/11/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | NOT PROPERTY OF THE ESTATE | | | | | |
| 66 | 2 Ikea Glass Displays<br>NOT PROPERTY OF THE ESTATE | 30.00 | 0.00 | DA | 0.00 | FA |
| 67 | 192 Necklaces<br>NOT PROPERTY OF THE ESTATE | 48.00 | 0.00 | DA | 0.00 | FA |
| 68 | 60 Clip Earrings<br>NOT PROPERTY OF THE ESTATE | 30.00 | 0.00 | DA | 0.00 | FA |
| 69 | 374 Earrings<br>NOT PROPERTY OF THE ESTATE | 93.50 | 0.00 | DA | 0.00 | FA |
| 70 | 208 Bracelets<br>NOT PROPERTY OF THE ESTATE | 5.00 | 0.00 | DA | 0.00 | FA |
| 71 | 56 Toe Rings<br>NOT PROPERTY OF THE ESTATE | 14.00 | 0.00 | DA | 0.00 | FA |
| 72 | 36 Anklets N Joint, or without Deducting any E C<br>NOT PROPERTY OF THE ESTATE | 9.00 | 0.00 | DA | 0.00 | FA |
| 73 | 197 Head Bands<br>NOT PROPERTY OF THE ESTATE | 49.25 | 0.00 | DA | 0.00 | FA |
| 74 | 98 Hair Clips<br>NOT PROPERTY OF THE ESTATE | 24.50 | 0.00 | DA | 0.00 | FA |
| 75 | 47 Hair Scraf | 11.75 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-70086 MB | **Trustee:** (330370)   BERNARD J. NATALE |
| **Case Name:** COLLINS, CYNTHIA J. | **Filed (f) or Converted (c):** 01/15/08 (f) |
| | **§341(a) Meeting Date:** 02/28/08 |
| **Period Ending:** 08/20/08 | **Claims Bar Date:** 08/11/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | NOT PROPERTY OF THE ESTATE | | | | | |
| 76 | 82 Wallets<br>NOT PROPERTY OF THE ESTATE | 20.50 | 0.00 | DA | 0.00 | FA |
| 77 | 94 Coin Purses<br>NOT PROPERTY OF THE ESTATE | 23.50 | 0.00 | DA | 0.00 | FA |
| 78 | 107 Barrettes<br>NOT PROPERTY OF THE ESTATE | 26.75 | 0.00 | DA | 0.00 | FA |
| 79 | 92 Kids Hair Goods | 23.00 | 0.00 | DA | 0.00 | FA |
| 80 | 104 Hair Jewelry<br>NOT PROPERTY OF THE ESTATE | 26.00 | 0.00 | DA | 0.00 | FA |
| 81 | 23 Mascara<br>NOT PROPERTY OF THE ESTATE | 5.75 | 0.00 | DA | 0.00 | FA |
| 82 | 22 Eye Liners<br>NOT PROPERTY OF THE ESTATE | 5.50 | 0.00 | DA | 0.00 | FA |
| 83 | 47 Eye Pencils<br>NOT PROPERTY OF THE ESTATE | 11.75 | 0.00 | DA | 0.00 | FA |
| 84 | 23 Lip Glosses<br>NOT PROPERTY OF THE ESTATE | 5.75 | 0.00 | DA | 0.00 | FA |
| 85 | 38 Nails<br>NOT PROPERTY OF THE ESTATE | 9.50 | 0.00 | DA | 0.00 | FA |

# Form 1

Page: 9

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 08-70086 MB | Trustee: | (330370) | BERNARD J. NATALE |
| Case Name: | COLLINS, CYNTHIA J. | Filed (f) or Converted (c): | 01/15/08 (f) | |
| | | §341(a) Meeting Date: | 02/28/08 | |
| | | Claims Bar Date: | 08/11/08 | |
| Period Ending: | 08/20/08 | | | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br>Ref. # | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 86 | 43 Eye Lashes<br>NOT PROPERTY OF THE ESTATE | 10.75 | 0.00 | DA | 0.00 | FA |
| 87 | 30 Rings<br>NOT PROPERTY OF THE ESTATE | 7.50 | 0.00 | DA | 0.00 | FA |
| 88 | 28 Pins<br>NOT PROPERTY OF THE ESTATE | 7.00 | 0.00 | DA | 0.00 | FA |
| 89 | 48 Air Freshners<br>NOT PROPERTY OF THE ESTATE | 12.00 | 0.00 | DA | 0.00 | FA |
| 90 | 148 Gloves<br>NOT PROPERTY OF THE ESTATE | 37.00 | 0.00 | DA | 0.00 | FA |
| 91 | 52 Hats<br>NOT PROPERTY OF THE ESTATE | 13.00 | 0.00 | DA | 0.00 | FA |
| 92 | 64 Floral | 16.00 | 0.00 | DA | 0.00 | FA |
| 93 | 96 Toys | 24.00 | 0.00 | DA | 0.00 | FA |
| 94 | 48 Knee Highs<br>NOT PROPERTY OF THE ESTATE | 12.00 | 0.00 | DA | 0.00 | FA |
| 95 | 60 Incense<br>NOT PROPERTY OF THE ESTATE | 15.00 | 0.00 | DA | 0.00 | FA |
| 96 | 34 Baskets Sub-Total > 406.25 (Total of this pag | 8.50 | 0.00 | DA | 0.00 | FA |

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

| | |
|---|---|
| **Case Number:** 08-70086 MB | **Trustee:** (330370)    BERNARD J. NATALE |
| **Case Name:** COLLINS, CYNTHIA J. | **Filed (f) or Converted (c):** 01/15/08 (f) |
| | **§341(a) Meeting Date:** 02/28/08 |
| **Period Ending:** 08/20/08 | **Claims Bar Date:** 08/11/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | NOT PROPERTY OF THE ESTATE | | | | | |
| 97 | 38 Comb & Brushes<br>NOT PROPERTY OF THE ESTATE | 9.50 | 0.00 | DA | 0.00 | FA |
| 98 | 46 Belts<br>NOT PROPERTY OF THE ESTATE | 11.50 | 0.00 | DA | 0.00 | FA |
| 99 | 132 Gift Bags<br>NOT PROPERTY OF THE ESTATE | 33.00 | 0.00 | DA | 0.00 | FA |
| 100 | 204 Glasswares<br>NOT PROPERTY OF THE ESTATE | 51.00 | 0.00 | DA | 0.00 | FA |
| 101 | 32 Body Sprays<br>NOT PROPERTY OF THE ESTATE | 8.00 | 0.00 | DA | 0.00 | FA |
| 102 | 39 Stuffed Animals<br>NOT PROPERTY OF THE ESTATE | 9.75 | 0.00 | DA | 0.00 | FA |
| 103 | 24 Candles<br>NOT PROPERTY OF THE ESTATE | 6.00 | 0.00 | DA | 0.00 | FA |
| 104 | 47 Cards<br>NOT PROPERTY OF THE ESTATE | 11.75 | 0.00 | DA | 0.00 | FA |
| 105 | 62 CDs<br>NOT PROPERTY OF THE ESTATE | 15.50 | 0.00 | DA | 0.00 | FA |
| 106 | 94 VHS Movies | 23.50 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-70086 MB | **Trustee:** (330370)    BERNARD J. NATALE |
| **Case Name:** COLLINS, CYNTHIA J. | **Filed (f) or Converted (c):** 01/15/08 (f) |
| | **§341(a) Meeting Date:** 02/28/08 |
| **Period Ending:** 08/20/08 | **Claims Bar Date:** 08/11/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | NOT PROPERTY OF THE ESTATE | | | | | |
| 107 | 124 Kids Clothing<br>NOT PROPERTY OF THE ESTATE | 31.00 | 0.00 | DA | 0.00 | FA |
| 108 | 85 Books<br>NOT PROPERTY OF THE ESTATE | 21.25 | 0.00 | DA | 0.00 | FA |
| 109 | 62 Baby Misc.<br>NOT PROPERTY OF THE ESTATE | 15.50 | 0.00 | DA | 0.00 | FA |
| 110 | 78 Sunglasses<br>NOT PROPERTY OF THE ESTATE | 78.00 | 0.00 | DA | 0.00 | FA |
| 111 | 248 Scent Oils<br>NOT PROPERTY OF THE ESTATE | 248.00 | 0.00 | DA | 0.00 | FA |
| 112 | 60 Scarfs<br>NOT PROPERTY OF THE ESTATE | 60.00 | 0.00 | DA | 0.00 | FA |
| 113 | 82 Art Work Poster Prints Framed<br>NOT PROPERTY OF THE ESTATE | 366.00 | 0.00 | DA | 0.00 | FA |
| 114 | 200 Clothing Items<br>NOT PROPERTY OF THE ESTATE | 100.00 | 0.00 | DA | 0.00 | FA |
| 115 | 33 Shoes<br>NOT PROPERTY OF THE ESTATE | 16.50 | 0.00 | DA | 0.00 | FA |
| 116 | 24 Purses | 12.00 | 0.00 | DA | 0.00 | FA |

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

| | |
|---|---|
| **Case Number:**    08-70086 MB | **Trustee:**    (330370)    BERNARD J. NATALE |
| **Case Name:**    COLLINS, CYNTHIA J. | **Filed (f) or Converted (c):** 01/15/08 (f) |
| | **§341(a) Meeting Date:**    02/28/08 |
| **Period Ending:**   08/20/08 | **Claims Bar Date:**    08/11/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | NOT PROPERTY OF THE ESTATE | | | | | |
| 117 | 58 Houseware Items<br>NOT PROPERTY OF THE ESTATE | 29.00 | 0.00 | DA | 0.00 | FA |
| 118 | Avon Inventory<br>NOT PROPERTY OF THE ESTATE | 20.00 | 0.00 | DA | 0.00 | FA |
| 119 | FRAUDULENT CONVEYANCE  (u)<br>   TRUSTEE OBJECTED TO THE DEBTOR'S CLAIM OF<br>EXEMPTION IN CHECKING ACCOUNTS AND<br>INVENTORY AS THEY WERE PROPERTY OF THE<br>CORPORATION, TREASURES GLAORE, INC.   THE<br>OBJECTION WAS GRANTED UNDER THE ORDER TO<br>COMPROMISE A CONTROVERSY ON 5/5/08 -<br>DOCKET ENTRY #29. | 0.00 | 4,000.00 | | 4,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.56 | Unknown |
| 120 | **Assets**    **Totals** (Excluding unknown values) | **$111,355.50** | **$4,115.00** | | **$4,001.56** | **$0.00** |

**Major Activities Affecting Case Closing:**

   COMPROMISE PENDING TO SETTLE SMALL FRAUDULENT CONVEYANCE CLAIM.

# Form 1

Page: 13

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-70086 MB | **Trustee:** (330370)  BERNARD J. NATALE |
| **Case Name:** COLLINS, CYNTHIA J. | **Filed (f) or Converted (c):** 01/15/08 (f) |
| | **§341(a) Meeting Date:** 02/28/08 |
| **Period Ending:** 08/20/08 | **Claims Bar Date:** 08/11/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** December 31, 2008          **Current Projected Date Of Final Report (TFR):** December 31, 2008

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 08-70086 MB | |
| **Case Name:** | COLLINS, CYNTHIA J. | |
| **Taxpayer ID #:** | 13-7602005 | |
| **Period Ending:** | 08/20/08 | |

| | | |
|---|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) | |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| **Account:** | ***-*****14-65 - Money Market Account | |
| **Blanket Bond:** | $552,000.00   (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/22/08 | {119} | BARRICK SWITZER, ETAL TRUST ACCOUNT | FRAUDULENT CONVEYANCE | 1241-000 | 2,000.00 | | 2,000.00 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2400% | 1270-000 | 0.04 | | 2,000.04 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2400% | 1270-000 | 0.40 | | 2,000.44 |
| 07/14/08 | {119} | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA TRUST ACCT | COMPROMISE | 1241-000 | 2,000.00 | | 4,000.44 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2400% | 1270-000 | 0.63 | | 4,001.07 |
| 08/20/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.49 | | 4,001.56 |
| 08/20/08 | | To Account #********1466 | CLOSE FOR FINAL REPORT | 9999-000 | | ! 4,001.56 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **4,001.56** | **4,001.56** | **$0.00** |
| Less: Bank Transfers | 0.00 | 4,001.56 | |
| **Subtotal** | **4,001.56** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,001.56** | **$0.00** | |

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-70086 MB | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|
| Case Name: | COLLINS, CYNTHIA J. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****14-66 - Checking Account |
| Taxpayer ID #: | 13-7602005 | Blanket Bond: | $552,000.00   (per case limit) |
| Period Ending: | 08/20/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/20/08 | | From Account #********1465 | CLOSE FOR FINAL REPORT | 9999-000 ! | 4,001.56 | | 4,001.56 |
| | | | **ACCOUNT TOTALS** | | 4,001.56 | 0.00 | **$4,001.56** |
| | | | Less: Bank Transfers | | 4,001.56 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****14-65** | **4,001.56** | **0.00** | **0.00** |
| **Checking # ***-*****14-66** | **0.00** | **0.00** | **4,001.56** |
| | **$4,001.56** | **$0.00** | **$4,001.56** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN**

IN RE:
COLLINS, CYNTHIA J.                    CHAPTER 7 -- Liquidation

TREASURES GALORE                       CASE NO. 08-70086 MB

        Debtor(s)                    HONORABLE MANUEL BARBOSA

## DISTRIBUTION REPORT

    I, <u>BERNARD J. NATALE</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

    <u>SUMMARY OF DISTRIBUTION:</u>

| | | |
|---|---|---:|
| Secured Claims: | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 2,465.93 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims (507(a)(8)): | $ | 0.00 |
| Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 1,535.63 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ | 4,001.56 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

    a. <u>$2,465.93</u> for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

**CLAIM**                                         **ALLOWED**      **PROPOSED**

**EXHIBIT D**

| NUMBER | CREDITOR | REQUESTED | ALLOWANCE |
|---|---|---|---|
| EXP | BERNARD J. NATALE, LTD. | 15.93 | 15.93 |
| ATTY | BERNARD J. NATALE, LTD. ***SEE NOTE | 1,700.00 | 1,700.00 |
| TRTE | BERNARD J. NATALE *** SEE NOTE | 750.00 | 750.00 |
| | | TOTAL          $ | 2,465.93 |

b.  $0.00 for Chapter 11 administrative expenses allowed under §503(b) as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

c.  $0.00 for priority creditors, in the order specified in 11 U.S.C. §507(a)(2)-(9), itemized as follows:

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 earned within 90 days of Petition: $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds up to the extent of $4,000 per individual: $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

EXHIBIT D

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 per individual: $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) -Claims for alimony, maintenance or support: $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Taxes §724(b) - Tax Liens: $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Taxes - Unsecured Tax Claims excluding fines and penalties: | | 0.00 | 0.00% |

**EXHIBIT D**

$

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, reimbursement claims et al. | 0.00 | 0.00% |

$

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

d.  $1,535.63 for general unsecured creditors who have filed claims allowed in the total amount of $50,342.93, yielding a dividend of 3.05% as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | 50,342.93 | 3.05% |

$

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | 807.09 | 24.62 |
| 2 | Tony V DeFranco | 24,686.45 | 753.02 |
| 3 | Chase Bank USA,N.A | 1,173.36 | 35.79 |
| 4 | Citibank (South Dakota) N.A. | 4,278.93 | 130.52 |
| 5 | LVNV Funding LLC assignee of Citibank | 14,185.37 | 432.70 |
| 6 | LVNV Funding LLC assignee of Citibank | 5,211.73 | 158.98 |
| | | TOTAL      $ | 1,535.63 |

e.  $0.00 for tardily filed unsecured claims allowed in the total amount of $0.00 yielding a dividend of 0.00% as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | 0.00 | 0.00% |

$

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

EXHIBIT D

|  |  | TOTAL | $ | 0.00 |

f. $0.00 for fines and penalties

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL | $ | 0.00 |

g. $0.00 for interest

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL | $ | 0.00 |

h. $0.00 Subordinated General Unsecured Claims

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Subordinated General Unsecured Claims    $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL | $ | 0.00 |

i. $0.00 to the Debtor

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL | $ | 0.00 |

j. $0.00 for secured creditors

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Creditors $ | 0.00 | 0.00% |

**EXHIBIT D**

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: AUGUST 20, 2008                    /S/ **BERNARD J NATALE**
                                          BERNARD J. NATALE, Trustee

*** TRUSTEE HAS VOLUNTARILY TAKEN A REDUCTION IN HIS COMPENSATION TO INCREASE THE PAY-OUT TO UNSECURED CREDITORS.

*** THE ATTORNEY HAS VOLUNTARILY TAKEN A REDUCTION IN HIS FEES TO INCREASE THE PAY-OUT TO UNSECURED CREDITORS.

**EXHIBIT D**