IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

IN RE:
COLLINS, CYNTHIA J.                                CHAPTER 7 -- Liquidation

TREASURES GALORE                                   CASE NO. 08-70086 MB

        Debtor(s)                              HONORABLE MANUEL BARBOSA

Social Security/Employer Tax ID Number: xxx-xx-7666

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:  U.S. BANKRUPTCY COURT
        211 South Court Street, Room 220
        Rockford, IL 61101

   on:  **SEPTEMBER 22, 2008**
   at:  **9:30 a.m.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ | 0.00 | 15.93 |
| BERNARD J. NATALE, LTD. *** SEE NOTE<br>Trustee's Firm Legal | $ | 0.00 | 1,700.00 |
| BERNARD J. NATALE *** SEE NOTE<br>Trustee | $ | 0.00 | 750.00 |

4. The Trustee's Final Report shows total:

   a. Receipts                              $         4,001.56

   b. Disbursements                         $             0.00

   c. Net Cash Available for Distribution   $         4,001.56

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the

amounts requested, this leaves the total amount of $1,535.63, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $50,342.93, resulting in an approximate distribution of 3.05% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: August 21, 2008            For the Court,

By: /s/ BERNARD J NATALE

Trustee

\*\*\* TRUSTEE HAS VOLUNTARILY TAKEN A REDUCTION IN HIS COMPENSATION TO INCREASE THE PAY-OUT TO UNSECURED CREDITORS.

\*\*\* THE ATTORNEY HAS VOLUNTARILY TAKEN A REDUCTION IN HIS FEES TO INCREASE THE PAY-OUT TO UNSECURED CREDITORS.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3                User: cbachman               Page 1 of 1             Date Rcvd: Aug 29, 2008
Case: 08-70086                      Form ID: pdf002              Total Served: 19

The following entities were served by first class mail on Aug 31, 2008.
db           +Cynthia J. Collins,   2822 Sandy Hollow Road,   Rockford, IL 61109-2391
aty          +Jason H Rock,   Barrick Switzer Law Office,   6833 Stalter Drive,   First Floor,
               Rockford, IL 61108-2579
tr           +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
11872037     +A.S. Commercial Realty, LLC,   P.O. Box 4705,   Wheaton, IL 60189-4705
11872038    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
              (address filed with court:  American Honda Finance Corp.,   P.O. Box 60001,
               City Of Industry, CA 91716-0001)
11872039     +Aspire,   Payment Processing,   P.O. Box 84080,   Columbus, GA 31908-4080
11872040     +Attorney Patrick Edgerton,   Edgerton & Edgerton,   125 Wood Street,
               West Chicago, IL 60185-2804
12299342     +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
12305085      Citibank (South Dakota) N.A.,   Exception Payment Processing,   P.O. Box 6305,
               The Lakes, NV  88901-6305
11872041      Citibusiness Card,   P.O. Box 688901,   Des Moines, IA 50368-8901
11872043      KOHL'S,   P.O. BOX 2983,   Milwaukee, WI 53201-2983
11872044     +Mastercard,   Box 6000,   The Lakes, NV 89163-0001
11872046     +Mid America Bank, FSB,   2650 Warrenville Road,   Suite 500,   Downers Grove, IL 60515-2074
11872047     +Mr. Edward F. Woelfle,   647 Metropolitan Way,   No. L502,   Des Plaines, IL 60016-4635
11872048     +OM Realty LLC,   1325 Oakdon Lane,   Naperville, IL 60540-0344
12276689     +Tony V DeFranco,   % Edgerton & Edgerton,   PO Box 218,   West Chicago, Il 60186-0218

The following entities were served by electronic transmission on Aug 30, 2008.
11872042      E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2008 03:26:01     JCPenney,   P.O. Box 530945,
               Atlanta, GA 30353-0945
12421997      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12225988     +E-mail/PDF: rmscedi@recoverycorp.com Aug 30 2008 03:25:59
               Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
11872045*    +Mastercard,   P.O. Box 6000,   The Lakes, NV 89163-0001
                                                                                   TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 31, 2008**                             **Signature:** *Joseph Speetjens*