IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>COLLINS, CYNTHIA J.<br><br>TREASURES GALORE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08-70086 MB<br><br>JUDGE MANUEL BARBOSA |

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO:  THE HONORABLE MANUEL BARBOSA
     BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed.  *Evidence of canceled check(s) is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. 350.

DATE:  December 8, 2008                    /S/  BERNARD J NATALE
                                           BERNARD J. NATALE, TRUSTEE

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE:  December 15, 2008                   WILLIAM T NEARY
                                           United States Trustee

                                           By: Christine K. Miller
                                           Christine K Miller, Paralegal Specialist for
                                           the U S Trustee